UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JORDAN BRITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLACER COUNTY JAIL, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-01225-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 8) |

　　　　Plaintiff James Jordan Britt is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 12, 2022, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to plaintiff's failure to obey a court order and failure to prosecute this action. (Doc. No. 8.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 2.) To date, no

/////
/////
/////

1

objections to the findings and recommendations have been filed, and the time in which to do so has now passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 12, 2022 (Doc. No. 8) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 3, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

---

[1] The service copy of the September 12, 2022 findings and recommendations, which was mailed to plaintiff at his address of record, was returned to the court as undeliverable, "not in custody." The service copies of the court's prior orders dated March 15, 2022 were also returned to the court as undeliverable, "not in custody." Plaintiff was required to file a notice of his change of address with the court no later than June 3, 2022.  To date, plaintiff has not filed a notice of his change of address or otherwise communicate with the court.